

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 2, 2014

Barry L. Efron
Attorney At Law
10010 San Pedro Avenue, Suite 660
San Antonio, TX 78216-3847
* DELIVERED VIA E-MAIL *

Michael Murphy
Solicitor General Division
P.O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Deanna L. Whitley
The Whitley Law Firm, P.C.
206 East Locust Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Shellie Reyes
The Whitley Law Firm, P.C.
206 West Locust Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Judith K. Wemmert
Attorney At Law
8610 Broadway, Suite 220
San Antonio, TX 78217
* DELIVERED VIA E-MAIL *

William T. Deane
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-14-00364-CV
         Trial Court Case Number:   2014-CI-02421
         Style:  In the Matter of the Marriage of A.L.F.L. and K.L.L., and In the
         Interest of K.A.F.L., A Child

       Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

       If you should have any questions, please do not hesitate to contact me.

                Very truly yours,
                KEITH E. HOTTLE, CLERK

                Elizabeth Montoya
                Elizabeth Montoya
                Deputy Clerk, Ext. 53857

cc: Judith A. Stewart (DELIVERED VIA E-MAIL)
    Donna Kay McKinney (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L., AND IN THE INTEREST OF K.A.F.L., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellee has filed a motion to dismiss the appeal, contending we lack jurisdiction over this appeal because the trial court granted appellee's motion to strike appellant, The State of Texas, as a party to the underlying suit. Appellant responded, contending it was a party at the time it filed the notice of appeal because it filed an amended plea in intervention before it filed its notice of appeal. We have reviewed appellee's motion and appellant's response. Based on our review, we **ORDER** appellee's motion to dismiss carried with the appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court